**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____  Chapter    **7**

☐ Check if this an
   amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Autumn Property Management, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Proway Property Management** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-4182582** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **4468 W. Walton Blvd., Suite B** <br> **Waterford, MI 48329** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Oakland** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.     Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 12, 2023**
                MM / DD / YYYY

X **/s/ Jennifer Spiers**                                    **Jennifer Spiers**
  Signature of authorized representative of debtor            Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ William C. Babut**                          Date  **September 12, 2023**
  Signature of attorney for debtor                        MM / DD / YYYY

**William C. Babut P41099**
Printed name

**BABUT LAW OFFICES, P.L.L.C.**
Firm name

**700 Towner Street**
**Ypsilanti, MI 48198**
Number, Street, City, State & ZIP Code

Contact phone  **(734) 485-7000**        Email address  **wbabut@babutlaw.com**

**P41099 MI**
Bar number and State

11335 Marlowe, LLC
1553 Royal Crescent St.
Rochester, MI 48306-4055


128 Auburn Inkster MI 48141 LLC
3225 McLeod Drive Suite 100
Las Vegas, NV 89121


14240 Piedmont MI, LLC
6565 Spring Brook Avenue #200
Rhinebeck, NY 12572


15444 Prest MI, LLC
6565 Spring Brook Avenue #200
Rhinebeck, NY 12572


161672 Appoline MI, LLC
6565 Spring Brook Avenue #200
Rhinebeck, NY 12572


16844 Mendota MI, LLC
6565 Spring Brook Avenue #200
Rhinebeck, NY 12572


18329 Ashton MI LLC
6565 Spring Brook Avenue #200
Rhinebeck, NY 12572


18959 St. Mary's MI LLC
6565 Spring Brook Avenue #200
Rhinebeck, NY 12572


19667 Appleton MI LLC
6565 Spirng Brook Avenue #200
Rhinebeck, NY 12572


19692 Kingsville, LLC
197 Goil Court
Mountain View, CA 94043


19710 Parkside St. SCS MI, LLC
4284 Expedition Way
Osprey, FL 34229

20076 Winthrop MI LLC
6565 Spring Brook Avenue #200
Rhinebeck, NY 12572


20476 Washtenaw ST HW MI LLC
4284 Expedition Way
Osprey, FL 34229


26315 Lehner Street Trust
128 Lockwood Rd.
Brampton
ON L6Y 5E6


2702570 Ontario Inc.
PO Box 210579
Auburn Hills, MI 48321


6th Judicial Circuit Court
case no: 2022-194030-CB
1200 N. Telegraph Rd., Dept. 404
Pontiac, MI 48341-0404


6th Judicial Circuit Court
case no: 23-200201-CB
1200 N. Telegraph Rd., Dept. 404
Pontiac, MI 48341-0404


9972 Piedmont MI, LLC
6565 Spring Brook Avenue
Rhinebeck, NY 12572


Aaron D. Cox, Esq,
23820 Eureka Road
Taylor, MI 48180


Aaron D. Cox, Esq.
29566 Northwestern Hwy. Suite 110
Southfield, MI 48034


Abdulrazzak Mohamad, LLC
PO Box  2
Wallsend
NSW 2287

Abhishek Marwah
391 Lick Mill Boulevard
Santa Clara, CA 95054


Ace Investment Group, LLC
2430 Marlee Dr.
Turlock, CA 95380-4478


Activated Fund Holdings LLC
1 World Trade Ctr Ste. 8500
New York, NY 10007-0103


Adam Camacho
8420 52nd Avenue 1st Floor
Elmhurst, NY 11373


Adib Khosravi
27190 South Ridge Drive
Mission Viejo, CA 92692


Adrian Sherman
26 Hedges Avenue
Chatham, NJ 07928


Advanta IRA Administration LLC FBO Miche
4041 Brookwood Drive
Bayside, CA 95524


Advanta IRA FBO Richard Sandler
13191 Starkey Road
Largo, FL 33773


AGD Detroit, LLC
PO Box 16
Westfield, IN 46074-0016


Aiden McCurley
14 Cinamon Ct.
Mohnton, PA 19540-9277


AJM Group LLC
8311 West Sunset Road
Las Vegas, NV 89113

Alekhya Mukherji
1517 Eden Ave.
San Jose, CA 95117


Alexander Kim
3720 Midvale Ave.
Oakland, CA 94602


Almosara, Joel
168 Cimarron Creek
Boerne, TX 78006


Ameas Properties LLC MI IN Trust
225 The East Mall Ste. 1603
Toronto, ON M9B 0A9


AMEE Holdings, LLC
1247 Trapelo Road
Waltham, MA 02451


American Estate & Trust FBO Ca IRA
6900 Westcliff Drive
Las Vegas, NV 89145


American Estate & Trust FBO Da Zinsmeist
6900 Westcliff Drive
Las Vegas, NV 89145


American Estate & Trust FBO IRA
6900 Westcliff Drive
Las Vegas, NV 89145


American Estate & Trust FBO Lo IRA
6900 Westcliff Drive
Las Vegas, NV 89145


American Estate & Trust Gerald IRA
6900 Westcliff Drive
Las Vegas, NV 89145


American Estate & Trust LC F IRA
6900 Westcliff Drive
Las Vegas, NV 89145

American Estate & Trust LC FBO Hazare Ar
6900 Westcliff Drive Suite 603
Las Vegas, NV 89145


American Estate & Trust LC FBO R IRA
6900 Westcliff Drive
Las Vegas, NV 89145


American Estate & Trust LC IR
6900 Westcliff Drive
Las Vegas, NV 89145


American Estate & Trust LC IRA
6900 Westcliff Drive
Las Vegas, NV 89145


Ammar Sadeq
901 North Penn St. Unit P903
Philadelphia, PA 19123


Amy Romberg
2951 Southeast 67th Street
Portland, OR 97206


Andrew Palmer
21708 37th PL W
Lynnwood, WA 98036


Anissa Waterai
83 Woodland Park Drive
Tenafly, NJ 07670


Annelie Briones
7543 Country Oaks Lane
Orangevale, CA 95662-2663


Anthony Glass
4811 Tullamore Drive
Bloomfield Hills, MI 48304


Antonio Gonzalez-Reynoso
18641 Eisenhower St.
Salinas, CA 93906-1604

Ariel Capital Michigan, LLC
1732 1st Avenue
New York, NY 10128


Arlene Turner
3220 Cathedral Cir
Stockton, CA 95212-3206


Atisha Burks
2048 Hapsburg Ct.
Waldorf, MD 20603


Atlanta Discount Home Deals
5400 Glenridge Dr. Unit 420756
Atlanta, GA 30342-7530


Atlas Michigan Holdings, LLC
2508 Valdivia Way
Burlingame, CA 94010-5434


Auer RE1 LLC
20425 Via Cristal
Yorba Linda, CA 92886


Austin Cooper
5008 Kokomo Drive
Sacramento, CA 95835


Avia, LLC
208 Sword Lily Drive
O Fallon, MO 63366


Barbara Audrey
10807 Phillips Drive.
Upper Marlboro, MD 20772


BATZ, LLC
2201 Long Prairie 107-345
Flower Mound, TX 75022


Belcher McNeil Group
6533 Beechwood Drive
Temple Hills, MD 20748

Belgrave Michigan LLC
4280 Eldridge Loop
Orange Park, FL 32073


Beneficial Investments, LLC
909 Armory Rd. #186
Barstow, CA 92311


Benjamin Bartels
686 Remington Way
Sun Prairie, WI 53590


Benjamin Clark
3618 Landau Ave. NE
Olympia, WA 98506


Black Jack  Holdings 21 LLC
17225 S. Dixie Hwy.
Miami, FL 33157-4345


Blue Lighthouse Enterprises, LLC
2840 East Echo Hill Way
Orange, CA 92867


Blue Planet Holdings, LLC
40671 Joy rd. #33
Canton, MI 48187-4021


Breeding Investments One, LLC
24358 Baxter Drive
Malibu, CA 90265-4752


Brian Giovacchini
4206 Knotty Pine Place
Rocklin, CA 95765


Brian Krause
15292 French Creek Drive
Fraser, MI 48026


Brown Jr. ,William
631 7th Street #5
Imperial Beach, CA 91932

Brown, Zachary
1711 Raydon Drive
Arlington, TX 76013


Bryant Condo, LLC
340 S Lemon Ave #2125
Walnut, CA 91789-2706


Carlos Malitz
7615 Lumberjack Avenue
Las Vegas, NV 89129


Carlos Ojeda
12 Jean Ave.
Norwalk, CT 06850


Caspar Vester
9262 Abbey Lane
Ypsilanti, MI 48198


Chad Adams
609 Detroit St
Denver, CO 80206


Charlene MacBeath
270 Barbara Avenue
Mountain View, CA 94040


Charles Hsieh
1534 Camino Cerrado
San Jose, CA 95128


Charles S. Thomason Trust fbo R. Thomson
16900 Creek Ridge Trl
Minnetonka, MN 55345-6300


Charles S. Thomson Trust fbo A. Bohn
16900 Creek Ridge Trl
Minnetonka, MN 55345-6300


Charlie Detroit LLC
19785 W. 12 Mile 679
Southfield, MI 48076

Chau, Vincent
11020 Encanto Way
El Monte, CA 91731


Chavella Investments LLC Series A
1406 Rosalia Avenue
San Jose, CA 95130


Chiang-Liang Ding
1406 Rosalia Avenue
San Jose, CA 95130


Chong Xu - Rosedale Realty
1141 W. Iowa Avenue
Sunnyvale, CA 94086-7334


Christopher Frame
168 Gage Road
Riverside, IL 60546


Christopher Willard
196 Midhill Road
Martinez, CA 94553


Chukwunonso Azubuike
11601 S 69th East Ave.
Bixby, OK 74008-8215


CKSBS Investments
27 Fields Rd.
Weston, VT 05161


Clarissa Day
192 W. Calle Cascara
Sahuarita, AZ 85629


Claudia Gomez
321 Lakeview Dr. Apt. 204
Fort Lauderdale, FL 33326


Claudia Salazar
2016 Curtis Ave. Unit A
Redondo Beach, CA 90278-2315

Clement Dickson - JTD4 Investm LLC
1666 Quest Lane
Chula Vista, CA 91915


Company 8, LLC
3085 Kingston Road
Toronto, ONM1M 1P1


Cool Blue Investments, LLC
4656 Black Avenue
Pleasanton, CA 94566


Cramer Lake Investment Group, LLC
61 Wilcox St.
Rochester, MI 48307


Crest REI Properties
15611 Lake Iris Dr
Wayside, MS 38780


Crimcorr Holdings, LLC
301 Martellago Drive
N. Venice, FL 34275


Crystal St. Clair
121 Health Pl
Bethesda, MD 20817


Cynthia B. Business, LLC
8326 Byrd Avenue
Inglewood, CA 90305


Cynthia Soh Bih
8326 Byrd Avenue
Inglewood, CA 90305


Cynthia Tasset
4284 Expedition Way
Osprey, FL 34229


D Cook Four, LLC
2434 W. 1500 S
Syracuse, UT 84075

Dana Properties, LLC
39492 Windsome Dr.
Northville, MI 48167


Daniel Illig
1 Rock Lane
Guilford, CT 06437


Danielle Spalding
19450 Pinehurst St
Detroit, MI 48221


David C. Boehm
23201 SE 135th Court
Issaquah, WA 98027


David Foster
6541 Gazette Avenue
Winnetka, CA 91306


David Prevo
3899 Almondwood Drive
Las Vegas, NV 89120


David T. Goya Revocable Trust
94-644 Kauakapuu Loop
Mililani, HI 96789


DE Integrity Global Investment LLC
4478 Bloomfield Dr.
Sterling Heights, MI 48310-3314


Deep Water, LLC
2368 Willet Way
Pleasanton, CA 94566


Delmar Weikel
1163 Ascot Ave.
Lake Ariel, PA 18436-5738


Delta Detroit LLC
19785 W. 12 Mile 679
Southfield, MI 48076

Dennis Hsu
39551 Benavente Avenue
Fremont, CA 94539


Devin Thayne
1557 Aldacourrou Street
Tracy, CA 95304-5872


Devin Thayne
1557 Aldacourrou St.
Tracy, CA 95304-5872


Ding-Ting
1406 Rosalia Avenue
San Jose, CA 95130


Donald Turner
3220 Cathedral Circle
Stockton, CA 95212


Dother Real Estate Investments LLC
2875 South Orange Avenue
Orlando, FL 32806


DPZ Real Estate Investments, LLC
193 Leavesley Road Ste. 160
Gilroy, CA 95020


Duke Mendinueto - 12222 E. Out LLC
8730 Bethanie Street
Rosemead, CA 91770


Duke Mendinueto - 2 19712 Ha LLC
8730 Bethanie Street
Rosemead, CA 91770


Duke Mendinueto - 3
8730 Bethanie Street
Rosemead, CA 91770


Dulce Jaramillo
11152 West Rio Vista Lane
Avondale, AZ 85323

E & J Realty Investment, LLC
193 Leavesley Road Ste. 160
Gilroy, CA 95020


EAK Investments Inc.
1850 North Meadow Circle
McKinney, TX 75069


Echo Detroit, LLC
19785 W 12 Mile 679
Southfield, MI 48076


Edward Briand
6910 Deseo
Irving, TX 75039


Eldridge Dela Cruz
4955 W. Mindy Lane
Glendale, AZ 85308-1442


Elia Investments Inc.
50 Westbrook Ave
Toronto, ON M4C-2G4


Elizabeth Garcia
125 Lincoln Avenue Apt. B4H
Mineola, NY 11501


Elizabeth Gunther
2828 Westwood Blvd.
Los Angeles, CA 90064


Elizabeth Semas
2410 Catamaran Drive
Reno, NV 89519


Enrique Caballero
841 Falling Water Road
Weston, FL 33326


Enriqueta Helland
29645 Baringer
Castaic, CA 91384

Episilon Executive 401K Trust
479 South Bedford Drive
Beverly Hills, CA 90212


Esther Simons
3899 Almondwood Drive
Las Vegas, NV 89120


Eston Rogers
3225 McLeod Drive
Las Vegas, NV 89121


Everett Easton
3806 Southeast Llewellyn Street
Milwaukee, OR 97222


Extraordinary Real Estate Inve LLC
11435 W. Buckeye Road
Avondale, AZ 85323


Ezekiel Abendan
38760 Adcock Drive
Fremont, CA 94536


Fady Mina


Fairbanks PM, LLC
3845 12th Avenue S
Minneapolis, MN 55407


Faiz Sadeq
901 N Penn St.Unit P903
Philadelphia, PA 19123-3137


Falcon Funding LLC
PO Box 62101
Colorado Springs, CO 80962


Fan Li-Fanzy PMI LLC
41020 Todd Lane
Novi, MI 48375

Fara Lyn Rose LLC
11192 Mainsail Court
Lake Worth, FL 33449


FDP Pine, LLC
2368 Willet Way
Pleasanton, CA 94566


Fernanda Aguiar
1126 Silver Maple Lane
Hayward, CA 94544


FERNZ, LLC
201 Siera Court
Morgan Hill, CA 95037


First Courtland Investments LLC
16900 Creek Ridge Trl
Minnetonka, MN 55345-6300


Gabriella Stearns
85 Seaport Blvd.Unit 330
Boston, MA 02210


Gaye Cacanindin
1142 Temple Drive
Pacheco, CA 94533


GAZD3, LLC
PO Box 32631
Detroit, MI 48232


George Ng
2508 Valdivia Way
Burlingame, CA 94010


George Parker-Parker G Enter LLC
4527 Contour Blvd.
San Diego, CA 92115


George Xei
926 Bimmerle Place

Georges Yazbeck
ASRAFAIEH-NASRA SECTOR-MOHAMED
Beirut, CA 90482


Gladys Pang
197 Goli Court
Mountain View, CA 94043


Gong Liu
1314 Harefield Court
San Jose, CA 95131


Gong Liu
1314 Harefield Court
San Jose, CA 95131


GTC Investments LLC
3164 Withers AVe.
Lafayette, CA 94549-2020


Guy Nadler
299 Mercy St.
Mountain View, CA 94041


Haixiang Wang
272 Park Street
Montclair, NJ 07043


Hannah Neumann
4522 Otter Lake Rd.
Saint Paul, MN 55110


Happy Gang LLC
601 S.Rancho Dr. Ste. D32
Las Vegas, NV 89106-4827


Harmon Clark Holdings LLC
68 Brigantine Bay Rd.
Anacortes, WA 98221-4177


Hatat France D3, LLC
1508 W. Canfield St.
Detroit, MI 48208-2904

Heather Collins
27656 Ironstone Dr.#2
Canyon Country, CA 91387


Hemant Jindal
2025 Ensign Way
San Jose, CA 95133


Hendra Tambunan
639 Atherton Place
Hayward, CA 94541


Highline Investment Holdings, LLC
37 N. Henry St.
Brooklyn, NY 11222


Homes 1 and Assignment LLC
30 Lupton Ln Apt. D
Haledon, NJ 07508-1772


Horizon Trust Company Custodia Krienke
6301 Indian School Road NE
Albuquerque, NM 87110


Horizon Trust Custodian FBO Va Horizon T
7225 Chestnut Ave.
Orangevale, CA 95662


Hoshi LLC
11152 W. Rio Vista Ln.
Avondale, AZ 85323-1133


Hu's Investment LLC
2504 Begonia street
Union City, CA 94587


Hus Investrment LLC
2504 Begonia Street
Union City, CA 94587


Ian Perchik
9111 East Bay Harbor Drive
Miami, FL 33331

Ice Bear, LLC
2368 Willet Way
Pleasanton, CA 94566


Imagine Invest
290 Rue Emile Loubet
Piedmont, WV 26750


James Yourk
3 Durkee Rd.
Acton, MA 01720


Jamila Tharp
4041 Brookwood Dr.
Bayside, CA 95524


Janet F.Riley Living Trust
5305 Pine Grove Place
Granite Bay, CA 95746


Javier Magna
9198 Bungalow Way
Elk Grove, CA 95758


Jay Carter Wells
105 Cassin Court
Folsom, CA 95630


Jeff Ham
474 Clise Court
San Jose, CA 95123


Jennifer E. Nelson
196 Midland Road
Martinez, CA 94553


Jennifer Ly
222 Shoreline Court
Richmond, CA 94804


Jeremy D'Autremont
1954 North Pamela Avenue
Clovis, CA 93619

Jerome Matthews
1620 Carleton St.
Berkeley, CA 94703


JF LLC
Burys Place
Worcester
WR66DH


Jin Li
517 74th St.#415
North Bergen, NJ 07047


JKB RE Mi, LLC
9426 West Ballesteros Ct.
Cheney, WA 99004


JND Properties LLC
6680 Alhambra Ave. #137
Martinez, CA 94553-6105


Joakim Ryan
26 Riverside Dr.
Rumson, NJ 07760


Joel Almosara
168 Cimarron Creek
Boerne, TX 78006


John Paul Chulliyil
150 North Orinda Street
Tracy, CA 95391


Johnny Way-Man Lau
7329 Urshan Way
San Jose, CA 95138-1918


Joji Manabe
1725 Northwest 173rd Avenue #802
Beaverton, OR 97006


Jon Noteboom
8 Corporate Park Ste. 210
Irvine, CA 92606-3118

Jong-Ye Tong
39551 Benavente Avenue
Fremont, CA 94539


JTD4 Investments LLC
1666 Quest Lane
Chula Vista, CA 91915


Julian Espino
5310 Rogers Street
Davis, CA 95618


Junpeng Hou
272 Park Street
Montclair, NJ 07043


Karen Scarborough
4704 Fairport Way
San Diego, CA 92130


Keith Bhatia
12370 Saraglen Drive
Saratoga, CA 95070


Kejola Property, LLC
4468 W. Walton Blvd.
Waterford, MI 48329


Kenneth Dai
24 Olde Sheepfield Road
Marion, MA 02738


Kenwoods Properties, LLC
24230 Kuyendahl Road
Tomball, TX 77275


KIH Investment Group, LLC
16900 Creek Ridge Trl
Minnetonka, MN 55345-6300


Kilohana Investment Group, LLC
1400 North Harbor Blvd.
Fullerton, CA 92835

Kingdom Builders Properties, LLC
12012 Crestwood Turn
Brandywine, MD 20613


KMS Properties Group, LLC
5528 Morning Star Drive
Rancho Cucamonga, CA 91737


Kurt Noteboom
567 Marion St. S.
Fargo, ND 58104


KY Michigan LLC
83 Woodland Park Dr.
Tenafly, NJ 07670


Lake Thirteen Investment Group, LLC
611 Wilcox St.
Rochester, MI 48307-1444


Lau-Do
7329 Urshan Way
San Jose, CA 95138-1918


Lbc Cali Homes, LLC
3355 Kuykendall Place
San Jose, CA 95148


Lesley Wood
12 Park Avenue
Southport, Merseyside
England    PR9 9LS


Linda Wiley
1207 Country Rd. B2W
Roseville, MN 55113


Lionnell  HOldings, LLC
4468 W. Walton Blvd.
Waterford, MI 48239


Lisa Cooper
5008 Kokomo Drive
Sacramento, CA 95835

Lisa Goff Consulting 401K Plan
1522 F Street
Napa, CA 94559


Lisle Chenier
1824 Rominger Ct.
Woodland, CA 95776


LSJ Realty, LLC
30 Dublin Court
Latham, NY 12110


MAH Investments
PO Box 9353
Kalispell, MT 59904


MALC LLC
PO Box 9353
Kalispell, MT 59904


Manish Naik
3597 Dayton Common
Fremont, CA 94538


Marcia Murphy
68-155 Au Street PH 3
Waialua, HI 96791


Mark & Kelly Pecorano
c/o Rich Strenger, Esq.
1064 Arboak Way
Lake Orion, MI 48362


Mark Pecoraro
41 Birch Drive
Walnut Creek, CA 94597-2102


Mark Veeh
1578 Trevor Drive
San Jose, CA 95118


Marpat Properties, LLC
3482 Siena Circle
Wellington, FL 33414-4399

Mats Oberg
1164 Delmas Avenue
San Jose, CA 95125


Matt Jewell
15120 Columbet Avenue
San Martin, CA 95046


Maurice Covington
3207 Bergen Street
Charlottesville, VA 22902


May Krane MI LLC
5022 E. Lane Park Court
Mead, WA 99021-9038


Mayankumar Patel
1518 Craiglee Way
San Ramon, CA 94582


Michael Johnson
9 Furlong Court
Simpsonville, SC 29681


Michelle Hasting
4041 Brookwood Drive
Bayside, CA 95524


Micromphe Investments, LLC
900 Wilshire Drive
Troy, MI 48084


Millennium Trust Company FBO K IRA
2001 Spring Rd.Ste.700
Oak Brook, IL 60523


Miromphe Investments 2, LLC
900 Wilshire Drive
Troy, MI 48084


MMMK Properties, LLC
28031 Thorny Brae Road
Farmington, MI 48331

MNAC Michigan LLC
111 Trinity Court
Lynchburg, VA 24502-5264


MNM 2 MI LLC
43384 Chantable
Ashburn, VA 20148


MNM1 MI LLC
43384 Chantable
Ashburn, VA 20148


Mohamed Tamraz
1512 Mozart Street Apt. C
Alameda, CA 94501


Monroe 3, LLC
3225 Mc Leod Rd. Ste. 100
Las Vegas, NV 89121


Movement Properties, LLC
4832 Desert Varnish Drive
Colorado Springs, CO 80922


MPP Michigan, LLC
1883 W. Royal Hunte Dr. Ste. 200A
Cedar City, UT 84720-4000


Narendra Shukla - Consistent R Investmen
1279 Park Three Drive
Sparks, NV 89436


Nathan Luis
1408 Sacramento Street
San Francisco, CA 94109


Navendu Sinha
2097 Lee Way
Milpitas, CA 95035


Nicole Benson
2282 Byer Rd.
Santa Cruz, CA 95062

Noparat Meevasin
8720 Sand Verbena Avenue
Las Vegas, NV 89117


Nyeng Choon Chia
26146 Wallack Place
Loma Linda, CA 92354


Oakman Place Apartments LLC
27479 Schoolcraft
Livonia, MI 48150


Ofelia Loo
1412 Ala Amoamo Street
Honolulu, HI 96819


Ojeda Carlos
12 Jean Ave.
Norwalk, CT 06850


Owes Money - Taylor Rodger
2032 Abbott Street
San Diego, CA 92107


Pablo Oleaurre
105 W. Plant St. Ste. 8
Winter Garden, FL 34787


Pablo Quintero
5254 SW 159 Avenue
Miramar, FL 33027


Pangolin LLC
5254 SW 159 Avenue
Hollywood, FL 33027


Patricia Johnson Recovable Li Trust
16312 Riverside Dr.
Livonia, MI 48154


Patrick MacBeath
1630 NW Jenne Ave.
Portland, OR 97229

Paul Peracchio
3 Rock Lane
Guilford, CT 06437


Pebblesky Ventures
1 Evelyn Terrace
South Amboy, NJ 08879


Perro Blanco Michigan Properties
7 Avenida Vista Grande Ste. B7-545
Santa Fe, NM 87508-9198


Petcharat Meevasin
2488 E. 2750 N.
Layton, UT 84040-8175


Peter Garatziotis
50 Belair Rd. ##5G
Staten Island, NY 10305


Peter Pui Lai and Choy Ma Revo Trust
1406 North 18th Place
Broken Arrow, OK 74012


Philip Baker
6155 Palm Ave. #5206
San Bernardino, CA 92407-5130


Philip Walden
354 Hickory Lane
San Rafael, CA 94903


Prabjit Dale
1882 South Terracina Drive
Dublin, CA 94568


Prairie Land Ventures, LLC
13100 Lake Geneva Way
Germantown, MD 20874-1967


Pratus Enterprises, LLC
PO Box 91571
Austin, TX 78709

Property Providers LP
10427 32 Ave NW
Edmonton, AB T6J 4J1


Property Trio, LLC
202 W. State Street
Sedro Woolley, WA 98284


Provident Trust Group, LLC FBO Boulter
12 Westview Avenue
Shrewsbury, MA 01545


R.O. Barnes Family Foundation
15350 Coyle St.
Detroit, MI 48227-2620


R10K LLC
1902 Winamac Drive
Fort Collins, CO 80524


R2 Detroit, LLC
9300 South Dadeland Blvd.
Miami, FL 33156


Rachelle Turner
3220 Cathedral Circle
Stockton, CA 95212


Ramses Manuel Montes Urena
5300 NW 8th Ave.
Miami, FL 33166


Randy Capistrano
3251 Flintmont Court
San Jose, CA 95148


Raul Sales-Ceballos
4468 W. Walton Blvd.
Waterford, MI 48329


Raymond Loo
1412 Ala Amoamo St.
Honolulu, HI 96819-1707

Red Shamrock LLC
2225 North Commerce Parkway
Weston, FL 33326

Rich Strenger, PLLC
1064 Arboak Way
Lake Orion, MI 48362

Richard Miller
2 Percy Street
Cheltenham SA 5014

Robert Holmes
140 Richardson St. SE
Atlanta, GA 30312

Robert Turner
3220 Cathedral Circle
Stockton, CA 95212

Robina Blundell
1225 Harvard St. #6
Santa Monica, CA 90404

Rola Chami
23733 Fordson Dr.
Dearborn, MI 48124

Rudy Willis
PO Box 1230
Murphys, CA 95247-1230

RWN Turnkey Rental Fund, LLC
340 S. Lemon Avenue
Temple City, CA 91780

Sean Hou
29070 Tessmer Ct.
Madison Heights, MI 48071

Selma Willis
PO Box 1230
Murphys, CA 95247-1230

Shirley Lacy
15650 51st Avenue South
Seattle, WA 98188


Sinon MI Properties, LLC
4468 W. Walton Blvd.
Waterford, MI 48329


SIRI, LLC
940 Larissa Court
San Jose, CA 95136


Slush Creek Investments LLC
3653 43rd Avenue South
Minneapolis, MN 55406


Spencer Robert Grant
1080 Peachtree Street NE
Atlanta, GA 30309


Spencer Robert Grant
1080 Peachtree Street NE Unit 1010
Atlanta, GA 30309


Srinvasa Reddy Yakkanti
3108 Joanne Circle
Pleasanton, CA 94588


Step Pointe Properties
24230 Kuykendahl Road
Tomball, TX 77375


stephen Allen
Chemin De Bermooche 104
Haute Nendaz CH 1997


Stephen Parnell
231 Mansion Heights drive
Missoula, MT 59803


Steven Kohn
13600 Aqua Lane
Rockville, MD 20850

Steven Steinsnyder
1750 Saffin Circle
Lancaster, PA 17601


Stevenage Real Estate, LLC
1883 W Royal Hunte Drive Ste. 200-A
Cedar City, UT 84720


Stonebark Michigan 1, LLC
19853 West Outer Drive
Dearborn, MI 48124


Strategy Properties
27479 Schoolcraft
Livonia, MI 48150


Strathmoor LLC
4300 Del Valle Parkway
Pleasanton, CA 94566


Sun Property, LLC
c/o Aaron D. Cox, Esq.
23820 Eureka Road
Taylor, MI 48180


Sun Property, LLC
11 Gleneagles
Dearborn, MI 48120


SUNCUE, LLC
782 SW Bridgeport Dr.
Port Saint Lucie, FL 34953


Sunnyday, LLC
782 SW Bridgeport DR
Port Saint Lucie, FL 34953


Swetal Shah
5 Greylynne Drive
Princeton, NJ 08540


Tamsin Angus-Leppan
PO Box 1109
Clark, CO 80428

Tanner Zane
657 North Colcannon Drive
Tracy, CA 95391


Taylor Rodger
2032 Abbott Street
San Diego, CA 92107


TDTL RE, LLC
2112 Crystal Stone Court Southeast
Caledonia, MI 49316


TEGA Michigan, 1 LLC
6445 Citation Dr. Ste. F
Clarkston, MI 48346-2996


Terence S. Sweeney Trust dated 2012
4131 Bledsoe Ave.
Los Angeles, CA 90066-5431


Terrence DeCoteau
5050 Hacienda Dr.
Dublin, CA 94568


Terry Coleman
1883 W Royal Hunte Drive
Cedar City, UT 84720


the Angus-Leppan Family Trust, LLC
PO Box 1109
Clark, CO 80428


The BRL Retirement Trust Dated 10/23/17
1235 SW Freeman St.
Portland, OR 97219-4344


The First Restated Garces Revocable Trus
8218 Thimble Court
San Diego, CA 92129-3777


The Maggie Ly Revocable Trust
5510 Rothman Court
Castro Valley, CA 94552

The Oxford-Aguiar Family 2005 Trust
1126 Silver Maple Lane
Hayward, CA 94544


the Steven D and Jennifer D Trust
2020 Running Mare Lane
Alpine, CA 91901


The Tato Group LLC
710 Lamon Avenue
Wilmette, IL 60910


the Warren H. Bonta Family Trust
1819 San Jose Avenue
Alameda, CA 94501


Thomas Reynolds
7364 Sand Wedge Court
Waterville, OH 43566


Thomas Taylor
28467 Starr Route Road
Logan, OH 43138


Thomas Turner
3220 Cathedral Circle
Stockton, CA 95212


Timothy Rapp
99-639 Halawa Drive
Aiea, HI 96701


Tina M. Passalacqua
99-639 Halawa Drive
Aiea, HI 96701


Tracy Williams
429 S. Broadway
Redondo Beach, CA 90277


Trevor Alan Williams
400 S. Gold Ave.
Deming, NM 88030

Tri Huu Hoang
3656 Dutch Valley Drive
Las Vegas, NV 89147


Trustee of the Lorenzo Revocab
330 Lester Avenue
Oakland, CA 94606-5000


Ttwo Investments, LLC
6445 Citation Drive
Clarkston, MI 48346


Two L One C LLC
1074 Brockhampton Court
San Jose, CA 95136


Ty Murphy
1130 W. 132nd Terrace
Overland Park, KS 66213


Tyler Pike
PO Box 1109
Clark, CO 80428


Uzair Khan
4302 Pinehurst Drive
West Bloomfield, MI 48322


Vage Iskandaryan
10349 Mountair Ave.
Tujunga, CA 91042


Veronica Zena
27785 Snaptail Court
Estero, FL 33928


Vidal Martinez
259 Donegal Way
Martinez, CA 94553


Vincent Chau
11020 Encanto Way
El Monte, CA 91731

Wagner West Apartments, LLC
16030 Michigan Avenue
Dearborn, MI 48126


Wildcat Partners MI, LLC
3225 McLeod Drive
Las Vegas, NV 89121


Will Zena
27785 Snaptail Court
Estero, FL 33928


William Fetterhoff
2678 Brown Bear Court
Cool, CA 95614


Wyoming Warehouse & Safe Deposit Co. LLC
191 Beechmont Drive
New Rochelle, NY 10804


Yik Ping Li
1101 Durillo Court
Fremont, CA 94539


Yooller Orellana
147-39 Delaware
Flushing, NY 11355


Zachary Brown
1711 Raydon Drive
Arlington, TX 76013


Zimmrealestate, LLC
108 East 86th Street
New York, NY 10028


Zo & Michelle Azubuike
11601 S. 69th East Ave.
Bixby, OK 74008-8215